ROBERT C. CLIFFORD, COMMISSIONER, *ETC.*, v.
CONCORD INSURANCE COMPANY.

May 19, 1971. Petition for certification denied. (See 114
*N. J. Super.* 168.)

MARTIN FOX, *ET AL.* v. BOROUGH OF EDGEWATER, *ET AL.*

May 19, 1971. Petition for certification denied.